JUDGE McMAHON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
:
UNITED STATES OF AMERICA
:
    - v. -                      :    INDICTMENT

WILLIE PACE,               :    07 Cr. ____

         Defendant.    :
:
- - - - - - - - - - - - - - - - - -x

07 CRIM. 328

### COUNT ONE

The Grand Jury charges:

1. From in or about April 2000, through in or about March 2007, in the Southern District of New York and elsewhere, WILLIE PACE, the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to her own use money and things of value of the United States and a department and agency thereof, to wit, the United States Department of Housing and Urban Development, and did receive, conceal, and retain the same with intent to convert it to her own use and gain, knowing it to have been embezzled, stolen, purloined and converted, the value of which exceeded $1,000, to wit, PACE received approximately $41,546.68 in federal housing subsidies, to which she was not entitled, through fraud and deceit.

(Title 18, United States Code, Section 641.)


_____        _____
FOREPERSON                             MICHAEL J. GARCIA
                                               United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

WILLIE PACE,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 641)

---
MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
——————————— Foreperson.

*Indictment filed, case assigned to Judge McMahon, arrest warrant issued.*

RC
4/19/07