# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

July 10, 2007

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

**BY HAND DELIVERY**

Hon. Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



>   Re:   **United States v. Willie Pace**
>         No. 07 Cr. 328 (CM)
>         **Request for Adjournment, on Consent**

Dear Judge McMahon:

   I am writing to respectfully request that the pretrial conference in this matter, currently scheduled for Friday, July 13, 2007, be adjourned for 30 days. I make this request because I have submitted an application for a deferred prosecution in this case, and that application is still under consideration by the government.

   I have spoken with Assistant United States Attorney Kenneth Polite, who consents to the requested adjournment. In addition, the defense consents to an exclusion of time under the Speedy Trial Act until the adjourned date.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/07
```

Respectfully submitted,

**STEVEN M. STATSINGER**
Assistant Federal Defender
(212) 417-8736

cc:  AUSA Kenneth Polite

*Matter adj to 4/14/0[?]*
*at 10:00 am - Time Excluded*