# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

**MEMO ENDORSED**

Leonard F. Joy
*Executive Director*

Southern District of New York
J. Byrnes
Attorney-in-Charge

September 7, 2007

RECEIVED
S - 10 2007
Chambers Of
COLLEEN McMAHON

9/11/07

**BY HAND DELIVERY**

Hon. Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Willie Pace**
No. 07 Cr. 328 (CM)
Request for Adjournment, on Consent

*Matter Adj to 10/5/07 at 9:30 am.*

Dear Judge McMahon:

I am writing to respectfully request that the pretrial conference in this case that is currently scheduled for Friday, September 14, 2007, be adjourned for approximately 3 weeks. I make this request because I will be out of the office on September 14 due to the Jewish holidays. In addition, the government has agreed to reduce the charge against Ms. Pace to a misdemeanor, but the parties need additional time to finalize a plea agreement.

I have spoken with Assistant United States Attorney Kenneth Polite, who consents to the requested adjournment. In addition, the defense consents to an exclusion of Speedy Trial Act time until the adjourned date.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/07

Respectfully submitted,

STEVEN M. STATSINGER
Assistant Federal Defender
(212) 417-8736

cc: AUSA Kenneth Polite