# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

**MEMO ENDORSED**    January 9, 2008

**BY HAND DELIVERY**

Hon. Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:  United States v. Willie Pace**
        **No. S1 07 Cr. 328 (CM)**
        **Request for Adjournment, on Consent**

Dear Judge McMahon:

    I am writing to respectfully request that the sentencing in this case, currently scheduled for January 15, 2008, be adjourned for two weeks. I will be unavailable on the scheduled sentencing date for medical reasons, and need some additional time to complete a sentencing memorandum on Ms. Pace's behalf.

    I have spoken with Assistant United States Attorney Kenneth Polite, who consents to the requested adjournment.

                             Respectfully submitted,

                             **STEVEN M. STATSINGER**
                             Assistant Federal Defender
                             (212) 417-8736

cc:  AUSA Kenneth Polite

*Handwritten endorsement:* 1/10/08 — Matter adj'd for Sent. on 2/4/08 at 4:45 pm. [signed]

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/08